UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANDRE W. JACKSON, )<br>   )<br>            Petitioner, )<br>   )<br>   v. )<br>   )<br>UNITED STATES OF AMERICA, )<br>   )<br>            Respondent. ) | No. 2:22-cv-00205-JMS-DLP |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 8/25/2022

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court
By: _____
        Deputy Clerk

Distribution:

ANDRE W. JACKSON
12904-028
GILMER - FCI
GILMER FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 6000
GLENVILLE, WV 26351